UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lynda Fisher,

      Plaintiff,                  **MOTION FOR**
                                    **DEFAULT JUDGMENT**

vs.

                                   Civ. No. 10-339 (JNE/SRN)

LIGHTHOUSE RECOVERY ASSOCIATES, LLC,

      Defendants.

**PLEASE TAKE NOTICE** that at a motion to be heard before the Honorable Joan N. Erickson, United States District Court Judge, the undersigned will move the Court for an Order of Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Said motion will be based upon all the files, records and proceedings herein, the arguments of counsel, and upon the following Exhibits:

    A.    Summons (Court Document 3) and Complaint (Court Document 1);

    B.    Affidavit of Service of the Summons and Complaint upon Defendant (Court Document 3);

    C.    Memorandum in Support of Plaintiff's Motion for Default Judgment;

    D.    Affidavit of No Answer (Court Document 5); and

    E.    Affidavit of Amount Due.

                                                    Respectfully submitted,

Dated:  September 1, 2011			WEIG LAW FIRM, LLC


					By:   s/Paul H. Weig
					       Paul H Weig
					       Attorney for Plaintiff
					       Attorney I.D. No.:0288792
					       3101 Irving Avenue South
					       Minneapolis, Minnesota 55408
					       Telephone: 612-501-4841