AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Lynda Fisher

V.

Lighthouse Recovery Associates, LLC

**JUDGMENT IN A CIVIL CASE**

Case Number:  10-cv-339 (JNE/SER)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Lynda Fisher's Motion for Default Judgment [Docket No. 9] is GRANTED.

2 . Judgment is entered in favor of Lynda Fisher and against Lighthouse Recovery Associates, LLC, in the amount of $2464.

| October 13, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | s/L. Brennan |
| | (By)   L. Brennan,   Deputy Clerk |